UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ICE DETENTION FACILITY MCFARLAND, CA,<br><br>　　　　　　Defendant. | Case No. 23-cv-00198-JD<br><br>**ORDER RE DISMISSAL** |

　　　Plaintiff, a federal immigration detainee acting pro se, sent a letter to the Court about his ICE detention. As a safeguard, the Court treated the letter as a de facto complaint, and opened a new case for him. Plaintiff was sent a notice stating that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP"), or submitted a formal complaint. He was given twenty-eight days to act on one of these options.

　　　More than twenty-eight days has passed, and nothing has happened. Plaintiff sent a letter indicating that he did not intend to file a new case but still seeks Court intervention. With that clarification, this case is dismissed without prejudice, and no fee or fee-related action is needed. If plaintiff wants to initiate a court case, he must file a formal complaint and pay the filing fee or submit a complete application to proceed IFP. He may also seek advice on how to proceed from his pro bono counsel in his immigration case.

　　　**IT IS SO ORDERED.**

Dated: March 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge